People v Jose H. (2025 NY Slip Op 00983)

People v Jose H.

2025 NY Slip Op 00983

Decided on February 19, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 19, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

MARK C. DILLON, J.P.
ROBERT J. MILLER
LILLIAN WAN
PHILLIP HOM, JJ.

2019-10105
 (Ind. No. 6754/17)

[*1]The People of the State of New York, respondent,
v
Jose H. (Anonymous), appellant.

Patricia Pazner, New York, NY (Anders Nelson of counsel), for appellant.
Eric Gonzalez, District Attorney, Brooklyn, NY (Leonard Joblove and Amy Appelbaum of counsel), for respondent.

DECISION & ORDER
Appeal by the defendant from a judgment of the Supreme Court, Kings County (Dineen Riviezzo, J.), rendered July 8, 2019, adjudicating him a youthful offender, upon his plea of guilty to robbery in the third degree, and imposing sentence.
ORDERED that the judgment is modified, on the law and as a matter of discretion in the interest of justice, by vacating the imposition of a mandatory surcharge and fee; as so modified, the judgment is affirmed.
"Criminal Procedure Law § 420.35(2-a) permits the waiver of surcharges and fees for individuals, like the defendant, who were less than 21 years old at the time of the subject crime" (People v Dillon H., 229 AD3d 722, 723 [internal quotation marks omitted]). "This provision applies retroactively to cases, such as this one, that were pending on direct appeal on the effective date of the legislation" (People v Torres, 225 AD3d 632, 632; see People v Dyshawn B., 196 AD3d 638, 641).
Pursuant to the exercise of our interest of justice jurisdiction, and as consented to by the People, we modify the judgment by vacating the mandatory surcharge and fee imposed upon the defendant at sentencing (see CPL 420.35[2-a][c]; People v Dillon H., 229 AD3d at 723).
DILLON, J.P., MILLER, WAN and HOM, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court